PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Edward Bell                                    Cr.: 98-CR-200-01
                                                                 PACTS #: 19657

Name of Sentencing Judicial Officer: The Honorable William H. Walls, Senior U.S. District Judge

Date of Original Sentence: 01/25/06 (03/24/11-Probation revoked sentenced to 1 day of custody and 1 year of Supervised Release)

Original Offense: Conspiracy to Defraud the U.S.

Original Sentence: 5 years of Probation, 5 months Home Confinement; $100,000 Restitution

Type of Supervision: PROB                          Date Supervision Commenced: 01/25/06

## STATUS REPORT

U.S. Probation Officer Action:

On January 25, 2006, the offender was began his 60 month term of probation. The offender was transferred to our low intensity caseload on January 10, 2007. On March 24, 2011, Mr. Bell appeared before Your Honor for violation of probation hearing and his term of supervision was revoked for failing to pay his restitution. He was sentenced to one day of custody to be followed by one year of supervised release. In May 2011, the offender's case was transferred to the Eastern District of Pennsylvania.

Mr. Bell currently resides in Philadelphia, PA. The offender is currently employed full time with Aerotek Staffing performing quality control. The U.S. Probation Office in Eastern District of Pennsylvania advised that the offender has maintained compliance with his monthly restitution payments, but it is anticipated that a restitution balance will remain outstanding at his supervision termination date of March 30, 2012. To date, he has paid $8,750 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Bell's term of supervision to expire as scheduled on March 30,2012.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: March 13, 2012

[ ✓ ] Concur with the recommendation of the U.S. Probation Office
[   ] Submit a Request for Modifying the Conditions or Term of Supervision
[   ] Submit a Request for Warrant or Summons
[   ] Other

_____
Signature of Judicial Officer

_____
Date